# EXHIBIT A



# GarnerGroup
## INTERNATIONAL, LLC.

# A Vocational Education Extension Program

## for The Academy Charter School

### Secondary Level



The Academy Middle School
159 N Franklin Street
Hempstead, NY 11550

Submitted by The Garner Group LLC –
Mr. James Garner, CEO
&
Dr. Sally A. Thompson   (6/27/2018)





# PURPOSE

* To provide secondary students in grades 9, 10, 11 and 12 with classroom and hands on experience in career and technical education.

* The program will give students a strong academic base that will be infused in the vocational classroom curriculum, as prescribed by the New York State Education Department.

* This extended career and technical program should prepare students for employment and readiness for postsecondary study after high school graduation.

* Students will be prepared for employment and/or post secondary study that will eventually lead to industry and semi-professional credentials and/or certification.

* This program will also prepare the student for an Associate or Baccalaureate degree after high school graduation or beyond.

* The program will allow the student to explore real world situations and concepts while building upon the academic knowledge gained at the Academy Charter School (ACS.)



* The program will also give work place learning opportunities and prepare students for industry based assessments while affording them the opportunity to earn college credit and advance standing while still in secondary school at ACS.



# ELIGIBLE APPLICANTS AND TARGET population

* All students at the secondary lever attending ACS will be eligible to participate in this program.

* ACS will especially encourage students facing some academic challenges to participate in areas that interest them to help strengthen skills through practical application course work.

* Students who are considered Special Education and have IEPs will have another pathway to achieve gainful employment that will give them a sound income throughout their life time.

* Students who feel uncomfortable outside of the ACS environment will receive preparation in a small setting to go on to a two or four year program or a trade school beyond the ACS program.



# Program Description



* This extension program will allow the students at the secondary level of ACS to gain classroom knowledge and hands on experience in many vocational program areas leading to life time occupations and technical certification.

* The program will strengthen the academic, career, technical skills and general knowledge of students, by focusing on vocations that are of great interest to students.

* The program will develop, improve and expand the use of technology in career, technical education and everyday life, that in the future will touch every aspect of daily living.

* The program will initially introduce students to their chosen vocation and allow then to gain the skills to take qualifying examinations to enter post graduation programs or receive certifications necessary to gain entry level positions.

# PROGRAM DESCRIPTION (Cont.)

* The program will develop and implement evaluations to determine student progress.

* Finally the program will provide activities to prepare special population students with satisfactory skills, good wages and entrance into high demand occupations that will lead to self sufficiency.



Initial Course Offerings to be considered and developed at the onset of the Program

- Auto Body and Car Repair
- Medical Assisting both in nursing and billing
- Cosmetology
- Heating and Ventilation and Air Conditioning (HVAC)
- Plumbing
- Welding
- Computer repair technician
- Construction
- Electrical



* ACS will partner with local businesses that will hopefully provide internships for their students and seek Board of Cooperative Educational Services (BOCES) participation (at a reduced rate) to allow the ACS students to do course work at their facilities.

* ACS will also offer these courses at their school with fully equipped classrooms along with strict adherence to NYSED regulations and the Occupational Safety and Health Administration (OSHA) guidelines.

* Highly trained teachers that are fully certified according to NYSED mandates will be hired as instructors in this program.



# GOAL OF THE PROGRAM

* The main Goal of the ACS Vocational Education Extension Program, is that upon completion from the 12th grade, students who wish to participate in this program will be totally prepared to enter an accredited Associate's Degree program or go on to a certified trade school to continue their studies, receiving certification and / or licensing, becoming prepared for meaningful competitive employment.

# Evaluation Process and Assessment

* The evaluation process for the first three years of the ACS Vocational Program will be both quantitative and qualitative.

* Students in each course will be given both written and hands on assessments developed by instructors for individual units of study.

* Students must successfully complete each unit assessment before being allowed to go on to the next level of study.

- Hands on assessments will be developed and given periodically by the instructor to determine student's proficiency dealing with actual on the job experience.

* A planning and improvement process will be created by instructors with state approved curriculum, will be created, in writing, for all students who do not successfully achieve a passing grade on both the written and hands on assessment.

## Evaluation Process (Cont.)

* Students and parents will also be given a periodic questioner to determine how they feel about their progress and meeting their goals and aspirations in their chosen area of study.

* Strategies and assessment measures will be put in place such as the Likert Scale, to determine is there is adequate and sufficient utilization of ACS's resources in each area.

* Students will be expected to read these assessments carefully and the assessments will be written at the readability level of the majority of the student body.

* The reading level will increase gradually until the reading mandates of students reach the level that the program certification exams requires.

*****Special Needs ---- Specialized reading and math instruction both before and after school hours, will have to be given to familiarize the students with the vocabulary and technical demands of their specific program and to reinforce skills expected of an individual in their particular vocational area.

# OUTCOMES

* The major outcomes of the ACS Vocational Extension Program should be to
  ~ Decrease the dropout rate of students experiencing difficulty in regular academic track programs.
  ~ Allow students to become totally emerged in an area of great interest to them…..
  ~ Improve the transition of ACS High School Students from school to employment….

+++++ Research shows that 70% of the United States workforce does not have a Bachelor's Degree. More the 75% of manufactures report a moderate to severe skills shortage in needed vocational areas.

Learn How to Become – vocational Training – A Guide to Non-Degree Education (2018)

* This program should also insure that instruction will prepare students to meet post secondary levels of rigor

* Students will become occupationally proficient and ready for entry – level employment as a result of completion of this program.





## Outcomes (Cont.)

* Directly after graduation vocational students should earn a higher hourly wage as apprentices compared to general academic graduates looking for employment.

* Parents will show greater satisfaction with the school program because their children who had experienced academic difficulty with traditional programs will have improved their skills and will go on to receive additional proficiencies in their chosen area.

* Students will be able to obtain employment in their relate field within a specific period of time after graduation, enhancing self image.

* Students will acquire job seeking skills such as resume writing, interviewing and correct appearance needed to present themselves in a positive light for job opportunities.

* Parent and community satisfaction will assure that enrollment in the program will increase annually.

# Timelines

## Year One

* Specific decisions about what programs will be offered should be made, through student and parent surveys...

* BOCES partnerships must be established for some courses.

* Surrounding college and High Schools that offer this program must be comtacted.

* Establish contact with NYSED to secure certified teachers for the programs to be offered and get necessary guidelines to establish these programs.

* Equipment to be secured for classrooms with teacher input, along with establishing contacts with Operational Safety and Health Administration ( OSKA) to obtain rules, regulations and guidelines for the program.

* With the recommendations of NYSED and the instructors, guidelines must be developed to purchase supplies, materials and textbooks.

## Timelines   (Cont.)

* Business partnerships must be secured with specific contacts, to develop internships for students.

* A tentative budget must be developed to reflect the cost of the program......

* Research and Review grants and other funding sources that could be utilized to bring additional funding to the program.

* Timelines must be developed in conjunction with the NYSED Division of Vocational Education, for course work on a weekly basis along with general academic courses necessary for a High School Diploma as per NYSED mandates.

* Professional Development (PD), must be developed and given to all staff to allow for a smooth flow of academic work to be infused into the vocational course work necessary to meet NYSED and vocation mandates.

* All teachers must be made aware of mandates and given PD on an ongoing and regular basis, dealing with curriculum and equipment, assuring that all staff are aware of requirements.

# Timelines (cont. 2)

* Determine the projected enrollment of students in each vocational area offered....

## Year Two

* Determine what BOCES services will be required and budget for this in the general budget.

* Negotiate with BOCES to purchase the services that ACS would like to incorporate in their program.



* Professional Development must be continued, based on perceived needs.

* Program manuals must be developed and printed for students, parents and staff.

* The Program should begin on a minimal phases in basis of no more than 20 students....consisting of 20 students, two classes of no more than 10 students in a vocational class.

* Counselors must be hired to guide students and place students in their various areas of interest. The 20 students in pilot program must be carefully monitored by counselors. These counselors must also be responsible to administer and evaluate assessments given, talk to parents and students about their concerns regarding the program. Do after school and evening workshops regarding the program.

* Monitor student progress in vocational and academic areas and make adjustments.

* Curriculum adjustments must be made and concerns must be considered to be incorporated into the program.

* Textbooks, Materials, supplies and equipment must be purchased to accommodate the incoming class.

* Bi monthly staff department meetings to make sure that the total program is smoothly flowing between all academic and vocational curriculum areas.



Guidance Counselor



And Research Says—

Year Three



* The full program for incoming 9th graders should be up and running on a part time basis and the 20 students that piloted the program, now in the second year should move on to the next level, now that they are 10th graders.

* The first class of 20 students should be ready to graduate from High School in three years, going on to higher education or industry.

* Assessments and evaluations constructed by instructors and NYSED must be done to determine the strengths and weakness of the program.

* Pre assessments to certify students in vocational areas must be given.

* A full Board of Directors meeting must be held with representatives from NYSED and vocational areas to discuss changes to be made, what should be maintained and what will be discarded.

* Additional Counselors should be hired to deal with the additional students being fazed into the program along with the existing students already in the program.

* Graduation seminars should be held to make sure that all students and parents know what is required of them for employment and / or pursing additional education after high school graduation.

* Preparation courses must be developed to prepare students to be ready to take certification or licensing exams for their chosen vocation and /or continue into the ACS, AA or AS program for a two year college degree.

***** At some point during or after the 3rd year apply for Middle States Accreditation.

