# EXHIBIT B



# GarnerGroup
## INTERNATIONAL, L.L.C.

# The Academy Charter School
# Early College High School

The Academy Charter School will offer students a choice to graduate from high school and pursue a college degree or earn up to two years of transferable credits that align with the workforce needs of the region.





## Grade Levels

- Students admitted in the 8th or 9th Grade have an enhanced opportunity to earn both the high school diploma and an Associate degree or two years of transferable credits.

- The student enrollment (when fully implemented could be 200 or more students 9th through the 12th Grade.



## What is an Early College?

An Early College High School is established when an local school district partners with a higher education institution and provides high schools students with the opportunity to receive a high school diploma and an associate degree/diploma/certificate or up to two years of college transfer credit, by taking a mixture of high school and college classes simultaneously.



# Why Academy Early College High School?

- Students typically earn college at no cost to them or their family

- The approach creates a seamless transition between high school and college

- Staff at early colleges guide and support students throughout their blended high school and college experience

- Early Colleges support career pathways aligned to the local economy's needs that can help with future skilled employees for the community

- By supporting an early college, colleges and universities create a pipeline of students for their programs

From 2018 Knowledge Works Foundation

# GarnerGroup INTERNATIONAL, LLC.

# The Impact of Early College High Schools

- 90% of early college students graduate high school vs. the national rate of 78%

- 94% of early college graduates earn some college credit for free

- The average grad earns 38 college credits, saving:

  - 30% off a Bachelor's degree; or

  - 60% off an Associate's degree

- Nearly one-quarter of students actually earn degrees by the time they finish high school:

- 30% of graduates of early colleges open 4+ years have earned an Associate's or college certificate along with their high school diploma!

- 71% of graduates enroll in college vs the national rate of 68%











**GarnerGroup**

INTERNATIONAL, L.L.C.

- **March 19, 2007 - Daily Herald – Our Neighbor:** "Community Leaders gather to meet new HCC President, Dr. Ervin V. Griffin, Sr..."

- **March 25, 2007 - Daily Herald - New High School at HCC In the Works:** "Partnership w/ four local school districts in the making..."





# CarnerGroup INTERNATIONAL, L.L.C.

**Early College Program taking shape**



**THE PRESIDENT'S PERSPECTIVE**

ERVIN V. GRIFFIN SR.
Halifax Community College president

**June 14, 2007 – Daily Herald – Early College Program Taking Shape - The President's Perspective: "HCC and the Roanoke Valley Business Education Partnership, in collaboration with Halifax Co. Schools, Northampton Co. Schools, Roanoke Rapids Graded School District, and Weldon City Schools, recently requested a $40,000 grant to develop plans for an Early College Program, which would open in 2008-2009 on the college campus.**



GarnerGroup
INTERNATIONAL, L.L.C.

January 2008

**School Board Waits to Sign Early College Plan:** "...school board members said during a meeting... they didn't feel comfortable signing... because they have more questions than answers.

- April 18, 2008 – Daily Herald – Early College High School a Go at HCC. "School officials in Weldon aren't ready to give up on plans to create an Early College at HCC"

- "Original plans called for all four school systems in Halifax and Northampton Counties to be involved but the other three districts baked our for different reasons after a year of planning."



GarnerGroup INTERNATIONAL, LLC.

Timeline of Events and Opening of the Early College

2007

2008

2009

**March 2007**

Planning begins, four school districts come together form early college high school.

**January 2008**

Three of the Four school districts backed out after a year of planning.

**August 2009**

HCC & Weldon City Schools opened the doors to RVEC despite the lack of support from the other local school districts.

9

# GarnerGroup
## INTERNATIONAL, LLC.

August 2009 – RVEC

Opened it's doors to

65 new students.

Began with 7th and

8th Graders

## Students begin new
## adventure in learning

**DELLA BATTS**
**DAILY HERALD STAFF WRITER**

WELDON — Weldon Early College
cut the ribbon and opened its doors
wide to students and visitors Monday
as it celebrated its home on the Hali-
fax Community College campus.

The school is the result of a partner-
ship between Weldon City Schools
and Halifax Community College. The
goal is to "expand the limits of
achievement for students who may
have previously underestimated their
knowledge, skills and ability to suc-
cessfully access the many opportuni-

ties in the American and global socie-
ty," explained to Principal Monica
Smith-Woofter.

Smith-Woofter welcomed parents,
dignitaries and other visitors who
came to celebrate with her and the
faculty. She answered questions, and
dispelled rumors that only the "best
and brightest" can enroll in early col-
lege. She went over student demo-
graphics. The school currently en-
rolls seventh and eighth graders from
Halifax, Northampton or Warren
counties and 12 middle schools across

SEE EARLY COLLEGE | Page 5



Marking the beginning of a new Weldon Early College program are, center front from left: Wel-
don City School Superintendent Dr. Elie Bracy III, State Sen. Edward Jones and Halifax Communi-
ty College President Dr. Ervin Griffin Sr. The school is a partnership between HCC and the school
district.



Making Dreams Come True: From Theory to Practice



# ENROLLMENT GROWTH OF THE EARLY COLLEGE

2009 – 2010 = 64 Students

2010 – 2011 = 112 Students

2011 – 2012 = 135 Students

2012 – 2013 = 135 Students

2013 – 2014 = 161 Students

2014 – 2015 = 183 Students

2015 – 2016 = 187 Students

12



# Graduation Analysis - 2013 - 2014

## RVEC Graduation Rate (Diploma)

- **50 Seniors/Super Seniors Total**

- **9 Seniors Staying an Extra Year (41 Seniors Remaining)**

- **40 of 41 Seniors/Super Seniors Received a High School Diploma** (*1 didn't complete due to personal reasons*)

- **High School Graduation Rate = 97.56%**

### 2013 -2014

- Graduated
- Did not graduate



2%

98%

13



# Graduation Analysis - 2014 - 2015

**RVEC Graduation Rate (Diploma)**

- ## 41 Seniors/Super Seniors Total

- ## 4 Seniors Staying an Extra Year (37 Seniors Remaining)

- ## 36 of 37 Seniors/Super Received a High School Diploma *(1 didn't complete due to personal reasons)*

- ## High School Graduation Rate = 97%

**2014 -2015**

■ Graduated
■ Did not graduate



3%

97%



# Graduation Analysis - 2015 - 2016

## 2015 - 2016

RVEC Graduation Rate
(Diploma)

- **48 Seniors/Super Seniors Total**

- **4 Seniors Staying an Extra Year (44 Seniors Remaining)**

- **42 of 44 Seniors/Super Received a High School Diploma** *(2 will graduate in December)*

- **High School Graduation Rate** = 95 %

■ Graduated   ■ Did not graduate



5%

95%

15



# Transfer Credit Analysis for 2013-14

- 61% (25 out of 41 RVEC Seniors) earned 37 – 86 transferrable credits (Total = 1,556 transferrable credits)

- 39% (16 out of 41 RVEC Seniors) earned 35 or less transferrable credits (Total = 310 transferrable credits)

- The total senior class (41 of 41) earned a total of 1,866 College transfer credits

**1,866 Transferrable Credits Earned**

■ 37-86 Credits ■ 35 or Less Credits



39%

61%

16



# Transfer Credit Analysis for 2014-15

- 61% (22 out of 36 RVEC Seniors) earned 33 – 75 transferrable credits (Total = 1,135 transferrable credits)

- 39% (14 out of 36 RVEC Seniors) earned 25 or less transferrable credits (Total = 168 transferrable credits)

- The total senior class (36 of 36) earned a total of 1,303 College transfer credits

**1,303 Transferrable Credits Earned**

■ 33 - 75 Credits

■ 25 or Less Credits



39%

61%

17



# Transfer Credit Analysis for 2015-16

- 60% (29 out of 48 RVEC Seniors) earned 36 – 74 transferrable credits (Total = 1,591 transferrable credits)

- 40% (19 out of 48 RVEC Seniors) earned 35 or less transferrable credits (Total = 375 transferrable credits)

- The total senior class (44 of 44) earned a total of 1,966 College transfer credits

## 1,966 Transferrable Credits Earned

- ■ 37-86 Credits
- ■ 35 or Less Credits



40%

60%

18



# RVEC's Performance In Comparison to Other Early Colleges in the Nation



# Post Secondary Acceptance

## 2013 - 2014

- 100% acceptance rate
- 100% Students applied
- $811,016 in scholarship s

## 2014 - 2015

- 100% acceptance rate
- 100% Students applied
- $750,000 in scholarships

**Scholarship**

## 2015-16

- 100% acceptance rate
- 98% Students applied
- $712,000 in scholarships



20



# Accomplishments

- **US News and World Report**
  - Rated RVEC as one of the top high schools in the nation in 2014-15 & 2015-16

- **School of Distinction**
  - 2010 – 2011
  - 2011 – 2012 (Was the only school to earn this honor in the Roanoke Valley that year.)

- **Adequate Yearly Progress (AYP)**
  - 2012 – 2013
  - 2014 – 2015 Letter "B"

21



GarnerGroup
INTERNATIONAL, L.L.C.

# Moments of Excellence and Accomplishments

- News Week Rated RVEC (2014-15)
  - #148 in the Nation (29,000)
  - #12 in the state of North Carolina (600 high schools in the state)
- PTA Won the NC Blue Ribbon Award
  - 2010-14
  - 2014-15
  - 2015-16
- 51% or 39 of the 76 graduates received an Associates' Degree or Certificate from Halifax Community College
- The National Average of Early College graduates that earn an AA or certificate is 30%



**GarnerGroup**
INTERNATIONAL, LLC.

THE ACADEMY CHARTER SCHOOL EARLY COLLEGE HIGH SCHOOL

- A CULTURE OF HIGH EXPECTATION AND EXCELLENCE IN A WHOLISTIC LEARNING ENVIRONMENT

- PROFESSIONAL DEVELOPMENT, SHARING OF BEST PRACTICES FROM OTHER SUCCESSFUL EARLY COLLEGES

- ASSISTANCE IN PLANNING THE COMPREHENSIVE STUDENT SUPPORT FOR THE ACADEMY CHARTER SCHOOL STUDENTS AND FAMILIES

- KEY DESIGN ELEMENTS OF BEST PRACTICES FOR EARLY COLLEGE HIGH SCHOOL IN THE UNITED STATES

- BEST PRACTICES IN STUDENT SELECTION AND ADMISSION PROCESSES

- ADVICE AND COLLABORATION IN DEVELOPMENT OF THE MEMORANDUM OF AGREEMENT WITH COLLABORATING COLLEGES OR UNIVERSITIES



**GarnerGroup INTERNATIONAL, L.L.C.**

**THE ACADEMY CHARTER SCHOOL EARLY COLLEGE HIGH SCHOOL**

- EARLY COLLEGE HIGH SCHOOL EFFECTIVENESS MEASURES

- RECOMMENDATIONS ON PERSONNEL AND QUALIFICATION FOR THE PROGRAM

- RECOMMENDATIONS ON TRANSOPORTATION AND LOCATION ISSUES

- OTHER DELIVERABLES AND SERVICES AS IDENTIFIED BY BOTH ENTITIES





Questions?