# EXHIBIT C

# Prospectus:

## For The Academy Charter School to Establish

# "The Academy Charter School Early College High School"

**Submitted by the Garner Group – Mr. James Garner, CEO & Dr. Ervin V. Griffin, Sr. (6/6/2018)**

# Prospectus for the "Academy Charter School Early College High School"

**Purpose:**

The Academy Charter School Early College High School (Early College High School) program will be designed to provide an innovative pathway to college graduation for students who may have special needs or economically disadvantaged. The Early College High School will offer students a choice to pursue a college degree or earn up to two years of transferable credits that align to the workforce needs of the area.

**Grade Levels:**

Students admitted in the 8th or 9th grade have an enhanced opportunity to earn both the high school diploma and an associate degree or two years of transferrable credits. The total student enrollment (when fully implemented) will be 200 or more students 9th through 12th grade.

**Deliverables:**

The Garner Group International, LLC will provide the following services to establish the Early College High School on a mutually negotiated date (i.e. Fall 2019).

We will provide the following to include:

- A thorough review of key design elements of the best practices for Early College High Schools in the United States that will be included in the charter application to establish the Early College Charter School. They may include best practices on admissions, support services, career pathways, college transfer & career technical pathways, programs of study, and other services as needed. In addition, the Garner Group will work with the Early College High School to develop and design partnerships with the local college partners.

- **Student Selection and Admission Processes.** We will work with the Academic Charter school administration to develop the admissions process for the Early College High School students including specific selection criteria and special recruitment efforts. We will identify the various types of criterion and selection processes used by other early colleges to determine the best method for a rubric selection process.

- **Memorandum of Agreement with collaborating college or university.** We will develop the memorandum of agreement with partners to provide increased opportunities to the Early College High School participants to earn transferable college credits, increase high school graduation and meet the needs of local employers for a skilled labor force. The executive officers of the partnering entities would normally sign the agreement. The memorandum may include covenants concerning the following:

    - **Facilities**
    - **Instruction and Oversight**
    - **Confidentiality of Student Information**
    - **Assessment for admission to college courses**
    - **Inclement Weather Procedures**
    - **Network Service Agreements**
    - **Management and Oversight**
    - **Enrollment and Tuition**
    - **Curriculum and Instruction**
    - **Communications**
    - **Selection of Students**
    - **Student Behavior and Discipline**
    - **Indemnification**
    - **Criminal Background checks**
    - **Notice**
    - **Expenses**
    - **Termination**
    - **Severability**

3 | Page
Academy Charter School Early College High School
Dr. Ervin V. Griffin, Sr. – June 6, 2018

3 | P a g e
Academy Charter School Early College High School
Dr. Ervin V. Griffin, Sr. – June 6, 2018

- o **Assignment**
- o **Governing Law**
- o **Binding**
- o **Waivers**
- o **Budgetary Responsibility and**
- o **Affirmation of Support**

- **Early College High School Effectiveness Measures** – The Garner group will work with collaborating entities to develop metrics designed to measure the success of the project and establish milestones for project growth. For example, each year a committee consisting of various principals will disaggregate and analyze student demographic and profile data. From the analysis of the information, the committee will ensure that a minimum of (XX %) the students are either first generation college going, socio-economically challenged, at risk of dropping out, and/or academically accelerated. The Early College High School Program committee will ultimately determine the metrics to report on student success.

**Personnel Qualifications:**
The specific personnel and qualifications for the program will be determined based on the needs of the students and collaborating partners. For example, as the number of dually enrolled participants increase, the need for a college liaison and counselors will increase. The Garner Group will provide recommendations in this area as needed.

**Transportation/Location:**
The students may need transportation to enroll in their college courses to ensure that access in not denied to any student due to transportation issues. Moreover, the Garner Group will explore the option of co-locating the Early College High School on the campus of the partnering college.

**The list of deliverables will undoubtedly change as the plans mature for the Academy Charter Early College High School. If the Garner Group**

4 | Page
Academy Charter School Early College High School
Dr. Ervin V. Griffin, Sr. – June 6, 2018

can start work by July 1, 2018, it is reasonable to expect that the initial group could enroll in the Early College High School Program fall semester 2019.


Dr. Ervin V. Griffin, Sr.
**President Emeritus – Halifax Community College**
**Senior Vice President, Business Development**
**June 6, 2018**